UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALL POINTS CAPITAL CORP.,

    Plaintiff,

v.     Case No. 8:10-cv-823-T-33TGW

THE DISBROW CORP., JOHN DISBROW,
and ANGELA DISBROW,

    Defendants.
_____/

### ORDER

This matter is before the Court pursuant to Plaintiff All Points Capital Corp.'s Notice of Suggestion of Bankruptcy of the Corporate Defendant, The Disbrow Corp. (Doc. # 6). Plaintiff indicates that The Disbrow Corp. filed for protection under the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division under case 8:10-bk-9504-CED.

As there are three defendants in this case, this Court directs Plaintiff to advise whether it elects to proceed against the non-bankrupt entities or, in the alternative, whether Plaintiff elects to stay this matter in its entirety due to The Disbrow Corp.'s bankruptcy proceedings.

Accordingly, pursuant to 11 U.S.C. § 362(a), it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. This case is **STAYED** and **ADMINISTRATIVELY CLOSED** as to defendant The Disbrow Corp., **ONLY**. No further action

will be taken as to The Disbrow Corp. until such time as the bankruptcy court lifts the stay or the stay lapses.

2. Plaintiff shall notify the Court in writing within **TEN DAYS** of the date of this Order, whether the action should proceed against the non-bankrupt entities or, in the alternative, whether the case should be stayed in its entirety.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 12th day of July 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Parties of Record